# Notice Recipients

District/Off: 0970−2         User: oroscol         Date Created: 2/26/2016
Case: 2:16−bk−01413−EPB      Form ID: 309F         Total: 149

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13952874   Jeff Olson
13952931   Spa Man Spas
                                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Camelback, LLC        8718 E. Shea Blvd        Scottsdale, AZ 85260
aty        JOHN C SMITH        GERALD K SMITH & JOHN C SMITH LAW OFFICE        6720 E Camino Principal, Ste. 203        TUCSON, AZ 85715
smg        AZ DEPARTMENT OF REVENUE        BANKRUPTCY & LITIGATION        1600 W. MONROE, 7TH FL.        PHOENIX, AZ 85007−2650
13952805   4 Sanchez Plastering LLC        4234 W. Royal Palm Road        Glendale AZ 85382
13952813   AMMTEC Consulting        2447 W. 12th Street        Tempe AZ 85281
13952814   AMTRUST North America        PO Box 6939        Cleveland OH 44101
13952815   APS        PO Box 2906        Phoenix AZ 85062−2906
13952823   AZ Pool Covers        939 S. 48th Street #212        Tempe AZ 85281
13952806   Affordable GPS Tracking        21640 N. 19th Avenue, #C−8        Phoenix AZ 85027
13952807   Alfresco Homes        1000 Armand Blvd        Pottstown PA 19464
13952808   All Swimming Pool Plumbing Inc.        12334 W. Meadowbrook Avenue        Avondale AZ 85323
13952809   Allen Tile        2026 Newcastle Circle        Phoenix AZ 85021
13952810   American Express        PO Box 0001        Los Angeles CA 90096
13952811   American Pool Excavation LLC        160 W. Brooks Street        Gilbert AZ 85233
13952812   American Tile Cleaning        PO Box 9246        Chandler Heights AZ 85127
13952816   Arizona Corporation Commission        1200 W. Washington        Phoenix AZ 85007
13952817   Arizona Desert Tile        5421 N. Pajaro Court        Litchfield Park AZ 85340
13952818   Arizona Patio Heaters        8550 North 91st Avenue, #C−25        Peoria AZ 85345
13952819   Arizona Pro Concepts        845 E Tyson Court        Gilbert AZ 85295
13952820   Arizona Republic c/o Republic Media        200 Van Buren Street        Phoenix AZ 85004
13952821   Associated Sign Company        3335 W. Vernon Avenue        Phoenix AZ 85009
13952822   Aubrey Middough        3961 E Heather Court        Gilbert AZ 85234
13952828   BIOLAB        Dept. Ch 14106        Palatine IL 60055
13952824   Baum Squad Pools        1578 S. Swallow Ct        Gilbert AZ 85296
13952825   Belmont Acquistions        2415 E. Camelback Road, 7th Floor        Phoenix AZ 85016
13952826   Ben McKown        10401 N Cave Creek Road #235        Phoenix AZ 85020
13952827   Big Rocks        PO Box 11777        Glendale AZ 85318
13952829   Bonds Alarm        4040 E. Camelback Road, Suite 250        Phoenix AZ 85018
13952830   Brittany Sigler        2335 N. Loma Vista Drive        Mesa AZ 85213
13952831   Bulliner Enterprises LLC        PO Box 715        Gilbert AZ 85299
13952843   CTB Pools        18521 E. Queen Creek Rd, Suite 105−419        Queen Creek AZ 85142
13952832   Cal Plastering Company Inc.        2142 E. Jefferson St        Phoenix AZ 85034
13952833   Carl Dean Farrell        6815 W Fause Drive        Glendale AZ 85310
13952834   Carole Myers        21894 E. Pegasus Parkway        Queen Creek AZ 85142
13952835   Casual Cushion        1686 Overview Drive        Rock Hill SC 29730
13952836   Central Garden & Pet        20414 N 27th Avenue        Phoenix AZ 85027
13952837   Cliff Brummett        3930 E Sunnydale Drive        Queen Creek AZ 85142
13952838   Cloud Supply        2240 W. Shangri La        Phoenix AZ 85029
13952839   Cody Chase        9736 E Balsam Avenue        Mesa AZ 85208
13952840   Copy This, Ship That        19235 N.Cave Creek Suite 102        Phoenix AZ 85024
13952841   Cox Communications        ATTN: CSS        PO Box 53249        Phoenix AZ 85072−3249
13952842   Crown Press        2450 S 24th Street        Phoenix AZ 85034
13952844   Curiel M Rebar & Steel        513 W. Rio Vista Lane        Avondale AZ 85323
13952851   DLM Excavation        2130 W Red Range Way        Phoenix AZ 85085
13952853   DSE Contracting        10754 E Kilarea        Mesa AZ 85209
13952845   Dave Miller        17455 N Black Canyon Highway        Phoenix AZ 85027
13952846   Del Rio Construction and Restoration        PO Box 1806        Queen Creek AZ 85142
13952847   Denali Ventures 33, LLC        c/o Carole Myers        21894 E. Pegasus Parkway        Queen Creek AZ 85142
13952848   Desert Trailers System        2733 W Buckeye Road        Phoenix AZ 85009
13952849   Discount Steel        2826 E Jones        Phoenix AZ 85040
13952850   Discount Tire        PO Box 29851        Phoenix AZ 85038
13952852   Door Closing System LLC        PO Box 866        Carefree AZ 85377
13952854   Eagle One Graphics & Designed LLC        3407 W. Abraham Ln        Phoenix AZ 85027
13952855   East Valley Management        9212 N Linnet Road        Casa Grande AZ 85194
13952856   Electrician For Hire        3902 W Mohawk Lane        Glendale AZ 85308
13952857   Extreme Land Surveying Inc        5531 Jt Lane        Island Park ID 83429
13952859   FEDEX        PO Box 7221        Pasadena CA 91109
13952858   FastSign        930 W Broadway, Suite 12        Tempe AZ 85282
13952860   Fiber Creations        2142 E Jefferson        Phoenix AZ 85034
13952861   Gabriel Gomez        314 Glade Ave        Mesa AZ 85210

| ID | Name | Address | City State Zip |
|---|---|---|---|
| 13952862 | Galtech International | 501 N Flynn Road | Camarillo CA 93012 |
| 13952863 | Gary Kaufmann | 8601 E Palm Lane | Scottsdale AZ 85257 |
| 13952864 | Glendale Office Supply | PO BOX 84230 | Phoenix AZ 85071 |
| 13952865 | Global Software Solutions, Inc | 514 Market Loop Suite 111 | |
| 13952866 | Grand Materials & Supply | 12912 E Santa Fe Drive | Surprise AZ 85378 |
| 13952867 | Helton Excavating | PO Box 9473 | Surprise AZ 85374 |
| 13952868 | Houston Mesa Holdings, LLC | PO Box 6238 | Mesa AZ 85216 |
| 13952869 | Humberto Gama | 716 N 95th Circle | Mesa AZ 85207 |
| 13952871 | IDC Service | 4317 N 16th Street | Phoenix AZ 85016 |
| 13952870 | Icon Gas Services, LLC | PO Box 27738 | Scottsdale AZ 85255 |
| 13952872 | Ironman Pool | 1256 S Pasadena | Mesa AZ 85210 |
| 13952875 | JMAX Plumbing LLC | 3370 N Hayden Road, Suite 123–675 | Scottsdale AZ 85251 |
| 13952878 | JRD Measurements Services, LLC | 3041 E Eagle Claw Dr | Phoenix AZ 85086 |
| 13952879 | JS Masonry | 3392 S Moccasin Trail | Gilbert AZ 85297 |
| 13952873 | Jeff Lessi | 15140 W Rachel Circle | Surprise AZ 85374 |
| 13952876 | Joal Vanzant | 1743 W Angel Fire Terrace | Phoenix AZ 85027 |
| 13952877 | Joralmon Tile | 24654 N. Lake Pleasant Parkway Suite 103 | Peoria AZ 85383 |
| 13952880 | K & B Concrete, LLC | 6005 W. Kimberly Way | Glendale AZ 85308 |
| 13952881 | K & K Interiors | 2230 Superior Street | Sandusky OH 44870 |
| 13952883 | KOOL FM | PO Box 730824 | Dallas TX 75373 |
| 13952884 | KPM Pool Construction | 445 E Gary Avenue | Gilbert AZ 85233 |
| 13952882 | Kathy Corbeil | 2308 S/ Bernard | Phoenix AZ 85029 |
| 13952885 | Kristie Mielke | 2915 E Las Rocas | Phoenix AZ 85028 |
| 13952886 | Kurt S. Adler, INc | 7 W 34th Street(Concourse) | New York NY 10001 |
| 13952887 | LED Illusions | 1425 E. University Drive Suite B104 | Tempe AZ 85281 |
| 13952896 | MVD | 4005 N 51st Avenue | Phoenix AZ 85031 |
| 13952888 | Maricopa County Home Shows | 2960 E Northern Avenue , B–100 | Phoenix AZ 85028 |
| 13952889 | Meadowcraft | 2600 Lucien Way #100 | Maitland FL 32751 |
| 13952890 | Mi Camp Merchant Services | 6930 Echauncey Lane | Phoenix AZ 85054 |
| 13952891 | Michelle Sigler | 1155 W. Dragon Circle | Mesa AZ 85210 |
| 13952892 | Mike Rynne | 2843 A Kenwood Lane | Tempe AZ 85282 |
| 13952893 | Minson Corp | 1 Minson Way | Montebello CA 90640 |
| 13952894 | Monster Air | 975 E Riggs Road | Chandler AZ 85249 |
| 13952895 | Monster Power LLC | c/o Brandon McCoy   7334 E, Minton Circle | Mesa AZ 85207 |
| 13952897 | Nathan Reyes | 1993 S Dove Street | Gilbert AZ 85233 |
| 13952898 | Nina Construction Supply | PO BOx 1509 | Avondale AZ 85323 |
| 13952899 | Nu Look Revinyling Inc | PO Box 8508 | Mesa AZ 85214 |
| 13952900 | Oasis Images | 8711 E. Pinnacle Peak Rd, PMB # 169 | Scottsdale AZ 85255 |
| 13952901 | Office Team | PO Box 743295 | Los Angeles CA 90074 |
| 13952902 | Old Dominion Freight Line Inc | PO Box 742296 | Los Angeles CA 90074 |
| 13952903 | On Air Sports Marketing | 5141 N 40th Street Suite 200 | Phoenix AZ 85018 |
| 13952904 | Ozzie Rodriguez | 903 E. Glade Avenue | Phoenix AZ 85024 |
| 13952905 | Paragon Casual | 11950 Airline Drive | Houston TX 77037 |
| 13952906 | Paramount Leisure Industries | 295 E Corporate Place #100 | Chandler AZ 85225 |
| 13952907 | Paul's Ace Hardware | 1800 North Scottsdale Road | Scottsdale AZ 85257 |
| 13952908 | Personal Concepts | PO Box 5750 | Carol Stream IL 60197 |
| 13952909 | Petrie & Venditti, PLC | 8283 N. Hayden Rd #225 | Scottsdale AZ 85258 |
| 13952910 | Pool Water Products | 20810 N 25th Place | Phoenix AZ 85050 |
| 13952911 | PoolSmart Electric LLC | 11458 W. Roanoke Drive | Cashion AZ 85329 |
| 13952912 | QuickTrip Fleetmaster | PO Box 6293 | Carol Stream IL 60197 |
| 13952920 | RLI | PO Box 3967 | Peoria IL 61612 |
| 13952925 | RP Gas Piping LLC | PO BOX 87089 | Phoenix AZ 85080 |
| 13952913 | Rain Forest Plumbing & Air | 2911 N. Norwalk | Mesa AZ 85215 |
| 13952914 | Ramon Diaz Espinoza | 644 W. Main Street #11 | Mesa AZ 85201 |
| 13952915 | Ratana Home & Floral | Suite 4100–800 Fifth Avenue | Seattle WA 98104 |
| 13952916 | Regency Center | PO Box 644031 | Pittsburgh PA 15264 |
| 13952917 | Renee Belanger | 2847 E. Impala Ave | Mesa AZ 85204 |
| 13952918 | Rick Rennels | 14435 37th Circle | Phoenix AZ 85032 |
| 13952919 | Ricoh | c/o National Commercial Services   PO Box 4366 | Allentown PA 18105 |
| 13952921 | Robin Pool Plastering | 904 N. 39th Avenue | Phoenix AZ 85009 |
| 13952922 | Rock Solid Concrete | PO Box 169 | Queen Creek AZ 85142 |
| 13952923 | Rodrigo Velasquez | 3847 N 49th Drive | Phoenix AZ 85031 |
| 13952924 | Roger Abdine | 17455 N Black Canyon Highway | Phoenix AZ 85027 |
| 13952926 | Sam's Copier Repairs | PO BOx 1596 | Chandler AZ 85244 |
| 13952927 | Sancturary Landscape | 2945 E. Turquoise Drive | Phoenix AZ 85028 |
| 13952928 | Scholz Rebar LLC | 2902   W Virginia Avenue | Phoenix AZ 85009 |
| 13952929 | Seay Technology Solutions | 4351 East Briles Road | Phoenix AZ 85050 |
| 13952930 | Signs by Tomorrow | 1440 S Country Club Drive Suite 20 | Mesa AZ 85210 |
| 13952932 | Spa Works | 2514 Mohawk Lane | Phoenix AZ 85050 |
| 13952933 | Spartan Concrete Inc | 2811 E Jones | Phoenix AZ 85040 |
| 13952934 | Spas of Arizona | 21257 N Black Canyon Highway | Phoenix AZ 85027 |
| 13952935 | Speciality Answering Service | 800 N. Henderson Road | King of Prussia PA 19406 |
| 13952936 | Splash PCE dba Houston Mesa Holding | PO Box 6238 | Mesa AZ 85216 |
| 13952937 | Springs and Sons | 2129 W. Mountain View | Phoenix AZ 85021 |
| 13952938 | Stanley Security Solutions | Dept CH 10651 | Palatine IL 60055 |
| 13952939 | Staples | 4535 E. McKellips Road #1320 | Mesa AZ 85215 |
| 13952940 | Stonecraft Inc. | 19440 East Via Del Oro | Queen Creek AZ 85142 |
| 13952941 | Strong Arm Pool Service | 5 South 64th Avenue | Phoenix AZ 85043 |

| | | | | |
|---|---|---|---|---|
| 13952942 | Strunk Insurance Group | 14425 N. 7th Street #102 | Phoenix AZ 85022 | |
| 13952943 | Sun Water Pools | 31365 N. Cavalier Drive | San Tan Valley AZ 85143 | |
| 13952944 | Sunstar Industries | 16111 Canary Avenue | La Mirada CA 90638 | |
| 13952945 | Superior Pool Products | 2350 W Broadway Rad #110 | Mesa AZ 85202 | |
| 13952946 | Superior Pools Plastering | 5120 W Bethany Home Road | Glendale AZ 85301 | |
| 13952947 | Sycamore Falls | 4501 W Paradise Lane | Glendale AZ 85306 | |
| 13952948 | Tom Mckee | c/o Donald A Wall | 1 E Wasington Street #2700 | Phoenix AZ 85004 |
| 13952949 | UPS | PO Box 73090 | Dallas TX 75373 | |
| 13952950 | Verizon | PO Box 4005 | Acworth GA 30101 | |

TOTAL: 147